In the Matter of the Petition of the BOARD OF WATER COMMISSIONERS OF THE VILLAGE OF WHITE PLAINS, Respondent, to Acquire Certain Real Property.

THE WESTCHESTER COUNTY WATER WORKS COMPANY et al., Appellants.

(Submitted October 4, 1909; decided October 12, 1909.)

Motion for re-argument denied, with ten dollars costs.　(See 195 N. Y. 502.)